In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00007-CV


____________________



IN RE BROOKSHIRE BROTHERS, LTD.






Original Proceeding






MEMORANDUM OPINION


 Seeking to compel the trial court to limit the scope of a deposition Brookshire
Brothers, Ltd. filed a petition for writ of mandamus in this Court. See Tex. R. App. P. 52. 
Relator subsequently presented the matter to the successor judge, who considered the matter
and issued a new order. On February 9, 2009, relator notified the Court that it no longer
requests mandamus relief. Accordingly, we dismiss this original proceeding without
reference to the merits.

 PETITION DISMISSED.

 PER CURIAM


Opinion Delivered February 19, 2009


Before Gaultney, Kreger, and Horton, JJ.